PROB 12B
(7/93)

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUL 29 2014

SEAN F. McAVOY, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Ernesto G. Ortiz     Case Number: 0980 2:05CR02087-001

Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: January 26, 2007     Type of Supervision: Supervised Release

Original Offense: Conspiracy to Distribute and/or Possess with Intent to Distribute a Controlled Substance, 21 U.S.C. § 846

Date Supervision Commenced:

Original Sentence: Prison - 121 M; TSR - 60 M     Date Supervision Expires:

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

16   You shall undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare. You shall contribute to the cost of treatment according to your ability to pay. You shall allow full reciprocal disclosure between the supervising officer and treatment provider.

## CAUSE

While serving his federal prison sentence, Mr. Ortiz completed a substance abuse evaluation and was found to be chemically dependent. The defendant completed the Bureau of Prisons Residential Drug and Alcohol Program and recently completed an aftercare program while at the Spokane Residential Reentry Center. Mr. Ortiz acknowledges the need for additional treatment services while on supervision and has agreed to have his conditions of supervision modified as noted above. Enclosed is a waiver signed by the defendant agreeing to the above modification of his conditions of supervised release.

Respectfully submitted,

by     s/Jose Vargas
_____
Jose Vargas
U.S. Probation Officer
Date: July 28, 2014

THE COURT ORDERS

- [ ] No Action
- [ ] The Extension of Supervision as Noted Above
- [X] The Modification of Conditions as Noted Above
- [ ] Other

_____
Signature of Judicial Officer

7/29/14
Date